IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cr-00402-DME-1


UNITED STATES OF AMERICA,

      Plaintiff,

v.

ODALIS PEREZ-JIMINEZ,
*also known as* Perez Odalis,

      Defendant.

---

## ORDER

---

    This matter is before the Court on Defendant's motion for discovery.

(Doc. 11.)  The Government is ordered to respond to that motion within ten days

of this order.  The Government's response should address, in addition to any

other matters, whether the information Defendant seeks to discover exists; if so,

whether the Government agrees to disclose that material; and if so, with

suggestions for how and by what date the Government could disclose the

information.  If the Government objects to the disclosure of any of the requested

information, the Government should list in its response any authority justifying

its position against disclosure.  Defendant may file a reply to the Government's

response within seven days of that response.

Dated: December 16, 2009

BY THE COURT:

*s/ David M. Ebel*

_____

UNITED STATES CIRCUIT JUDGE