IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00402-DME-01

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. ODALIS PEREZ-JIMINEZ, a.k.a. Perez Odalis**,

Defendant.

---

## PROTECTIVE ORDER

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for a

Protective Order for Certain Discovery Materials. The Court, having considered the motion,

makes the following findings of fact:

1. The defendant is charged with possession of contraband in prison. The defendant is an

inmate serving a sentence with the Federal Bureau of Prisons (BOP).

2. The United States Attorney's office has previously produced discovery to the

defendant. Pursuant to the defendant's discovery motion, the BOP has produced additional

documents to the United States Attorney's office including internal BOP records, documents,

and materials from the defendant's BOP files which contain sensitive information including the

defendant's security designation, separation status and information regarding other inmates.

3. The public disclosure and dissemination of this information could affect the safety of

the defendant and other inmates, and jeopardize the security of BOP facilities. Therefore, the

government has requested the entry of a protective order, implementing the mechanisms stated

below, prior to the release of these records. Counsel for the defendant has no objection to this protective order.

WHEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

1. The government will provide defense counsel with a copy of these internal BOP records on colored paper to clearly identify the documents and distinguish them from other discovery. Defense counsel shall keep the records, and any notes or other materials prepared based upon or referring to information in these records, in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

2. The records may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case. The records may only be viewed by necessary staff while they are operating under the supervision and control of the defense counsel. Defense counsel shall ensure that all persons in her office who are to handle such information read this Order and are informed of their responsibility to safeguard this information.

3. Defense counsel shall make only such copies as necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials.

4. No copies of the records shall be provided to the defendant under any circumstances without petition to and further order of the Court. The defendant may be allowed to view the documents, but only while in the direct presence of the defense counsel.

5. A copy of this Order shall be kept with the records at all times.

2

6. To the extent that the Privacy Act may be asserted as a basis for withholding certain documents or portions of documents requested by defendant, the United States Department of Justice and its agents or representatives are authorized to produce the requested documents because the information contained therein is relevant to the subject matter involved in the pending action or appears reasonably calculated to lead to the discovery of admissible evidence, and the defendant's need for disclosure of such records outweighs the Privacy Act's concerns against disclosure so long as these appropriate protective measures are taken.

7. At the conclusion of the case in this court, counsel shall collect all copies of the materials covered by this Order and return them to the government within ten days of the Court's judgment and sentence (if applicable).

DONE AND SIGNED this  31st  day of  December  , 2009.


BY THE COURT:

s/ David M. Ebel

_____

U. S. Circuit Court Judge