IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00402-DME-01

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. ODALIS PEREZ-JIMINEZ, a.k.a. Perez Odalis**,

Defendant.

## ORDER

THIS MATTER comes before the Court on the Defendant's Motion for Discovery filed on December 15, 2009. On December 23, 2009, the United States responded to the Defendant's Motion for Discovery. The Defendant was allowed to file a reply by December 30, 2009, but no such reply was filed.

On December 31, 2009, the Court tendered a Protective Order pursuant to an unopposed motion by the United States.

It appears to the Court that the United States' response to the Defendant's Motion for Discovery and the United States' Motion for Protective Order (granted on December 31, 2009, by this Court) resolves the Defendant's Motion for Discovery.

Accordingly, the Defendant's Motion for Discovery, dated December 15, 2009, will be dismissed as moot on January 15, 2010, unless the Defendant, by the close of business on January 14, 2010, shows cause to the Court why its Motion for Discovery should not be dismissed as moot.

DONE AND SIGNED this  4th  day of  January , 2010.

BY THE COURT:

*s/ David M. Ebel*

_____
U. S. Circuit Court Judge