IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00402-DME-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ODALIS PEREZ-JIMINEZ, a.k.a. Perez Odalis,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on January 12, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **January 25, 2010, at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on January 21, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** *Booker* **and** *FanFan* **decisions, and they will only be accepted in certain circumstances.**

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for May 14, 2010, and the three-day jury trial in this matter, set to commence May 24, 2010, are VACATED.

DATED: January 13, 2010.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge